FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 23, 2015

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

TIMOTHY WHITEHEAD,

Plaintiff,

v.

CAROLYN W. COLVIN,
Commissioner of Social Security,

Defendant.

No.  2:14-CV-0350-JTR

ORDER GRANTING STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)

**BEFORE THE COURT** is the parties' stipulated Motion for Remand of the above-captioned matter to the Commissioner for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  ECF No. 15. Attorney Christopher Dellert represents Plaintiff; Special Assistant United States Attorney Christopher John Brackett represents Defendant.  The parties have consented to proceed before a magistrate judge.  ECF No. 6.  After considering the file, and proposed order, **IT IS ORDERED:**

1.      The parties' Stipulated Motion For Remand, **ECF No. 15**, is **GRANTED**.  The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, the administrative law judge (ALJ) shall hold a new hearing and:  (1) re-evaluate the medical source opinions, reassess Plaintiff's residual functional capacity, and provide rationale, supported by substantial evidence, for the limitations the ALJ assesses; (2) if the evidence of record is not adequate for a

ORDER GRANTING STIPULATED MOTION FOR REMAND . . . - 1

1  proper disability determination, develop the record  by re-contacting medical

2  sources for further information regarding Plaintiff's functional capacity; (3) obtain

3  testimony from a medical expert to assist with determining if Plaintiff is disabled

4  and when Plaintiff's disability began; and (4) further evaluate steps four and five of

5  the sequential evaluation process with the assistance of a vocational expert.

6  Plaintiff may raise any issue and submit additional evidence in support of his

7  claim.

8          2.      Judgment shall be entered for **PLAINTIFF**.

9          3.      Plaintiff's Motion for Summary Judgment, **ECF No. 14**, is

10 **STRICKEN AS MOOT**.

11         4.      An application for attorney fees may be filed by separate motion.

12         The District Court Executive is directed to enter this Order, forward copies

13 to counsel, and **CLOSE THE FILE**.

14         DATED March 23, 2015.

15

16  _____

17                              JOHN T. RODGERS
                        UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING STIPULATED MOTION FOR REMAND . . . - 2